IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CODY GENE REYNOLDS | NO.  3:20-CR-0374 |

## NOTICE OF APPEARANCE OF COUNSEL

The United States of America respectfully advises the Court and other parties to this action that Assistant United States Attorney Nicole Hammond has been added as co-counsel to Assistant United States Attorney Tiffany Eggers to represent the United States in this matter.  Accordingly, the undersigned hereby files this notice of appearance and requests that the Clerk of Court include Nicole Hammond as co-counsel of record for the United States.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY


/s/
NICOLE HAMMOND
Assistant United States Attorney
D.C. Bar No. 1044796
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8713
Facsimile: 214-659-8773
Email: nicole.hammond2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on the Court and all listed counsel of record in accordance with the Federal Rules of Criminal Procedure on the 12th day of November, 2020.

/s/
NICOLE HAMMOND
Assistant United States Attorney